# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEODORE C. LEHMIER,** | : | CIVIL ACTION NO. 1:09-CV-478 |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **DOUGLAS J. AUSTEN, Ph.D.,** | : | |
| **COREY L. BRITCHER**, and | : | |
| **TERRENCE KANE,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 22nd day of April, 2009, upon consideration of Defendants' Uncontested Motion (Doc. 32) to Amend Defendants' Answer to Plaintiff's Complaint, it is hereby ORDERED that said motion is GRANTED. As such, Defendants are GRANTED fifteen (15) days from the date of this Order to file an Amended Response to Plaintiff's Complaint.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge